In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-12-00602-CV

_____

### IN RE THEODORE R. KEHTEL AND JENNIFER C. KEHTEL

### Original Proceeding

### MEMORANDUM OPINION

Invoking section 15.0642 of the Texas Civil Practice and Remedies Code, Theodore R. Kehtel and Jennifer C. Kehtel seek mandamus relief from the trial court's order of October 1, 2012, which transferred venue of their suit for injunctive and declaratory relief to enforce an easement in land owned by Montgomery County residents Everett A. Laas and Annie K. Lass but located in Leon County, Texas. *See* Tex. Civ. Prac. & Rem. Code Ann. § 15.0642 (West 2002). Relators have not established that they are entitled to the relief sought in their petition. Accordingly, the petition for writ of mandamus is denied.

PETITION DENIED.

1

PER CURIAM

Opinion Delivered December 28, 2012

Before Gaultney, Kreger, and Horton, JJ.